ZEBULON WILSON. Respondent, *v.* GUERNSEY CURRAN, Appellant.

*Contract — action to recover on contract for construction of road — defense of failure to perform or to obtain architect's certificate of completion.*

*Wilson* v. *Curran*, 190 App. Div. 581, affirmed.

(Argued December 13, 1921; decided January 10, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 20, 1920, affirming a judgment in favor of plaintiff entered upon the report of a referee. The action was to recover an amount alleged to be due upon a contract for the construction of a road by plaintiff upon defendant's premises. The answer denied the performance of the contract, alleged that the plaintiff had not obtained the architect's certificate of completion, which was a condition to his recovery, and contained a counterclaim for the amount alleged to have been expended by defendant in completing the contract. The judgment dismissed the counterclaim upon the merits and awarded to plaintiff damages.

*Paul Armitage* for appellant.

*I. L. Broadwin* and *Charles T. McCarthy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.